UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**

**BRYAN L. BREWER**  Case No: 6:19-cr-22-RBD-DCI

AUSA: Michael Felicetta, Rachel Lyons
Defense Attorney: Bryan Savy Retained

| JUDGE: | **ROY B. DALTON, JR.** United States District Judge | DATE AND TIME: | **October 2, 2025** 10:08 A.M. – 10:29 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Estrella Melians | REPORTER: | Amie First amiefirst.courtreporter@gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | N/A |
| TOTAL TIME: | 21 Minutes | | |

**MINUTES**
Show Cause Hearing re. Order to Show Cause (Doc. 398)

Case called; appearances made by counsel.

The Court inquires with attorney Savy.

Defense attorney Mr. Savy may provide a written response by Tuesday, October 7, 2025.

Order to follow.

The court inquired of Ms. Brewer's finances.

The Government's oral motion to appoint CJA counsel for Ms. Brewer is Granted.

CJA counsel to be appointed for Ms. Brewer. - Order to follow.

Court is adjourned.