UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 6:19-cr-00022-RBD-DCI

BRYAN L. BREWER
_____/

### RESPONSE TO ORDER TO SHOW CAUSE

Undersigned counsel acknowledges receipt of the Order to Show Cause issued by the Honorable Roy B. Dalton, Jr. on September 11, 2025. In response, undersigned counsel states as follows:

Undersigned counsel takes full responsibility for filing a Motion that was generated by Artificial Intelligence (A.I.) without personally reviewing the legal authority cited and confirming its validity. Undersigned counsel utilized Westlaw CoCounsel, a professional-grade AI legal assistant from Thomson Reuters specifically uploaded the proposed Motion and utilized a document analysis feature entitled Identifying Mischaracterizations on September 5, 2025 at 04:37 pm. (Photographs of Westlaw Cocounsel Chat Log and Westlaw Cocounsel File Log from September 5, 2025 at 04:37 p.m. are attached hereto and incorporated herein as Defendant's Exhibit "A"). Undersigned counsel received a response the results said no mischaracterizations were identified. Undersigned counsel has requested a record of the results received on September 5, 2025, at 04:37 p.m. to provide

1

confirmation to the Court, but has been advised by Clare Sevenich, a Westlaw Legal Technology Consultant, that she cannot see the results because they are "encrypted." (Electronic Mail Correspondence between undersigned counsel and Clare Sevenich, Westlaw Legal Technology Consultant is attached hereto and incorporated herein as Defendant's Exhibit "B").

Undersigned counsel had no malicious intent to deceive the Court or the opposing party and provided a copy of the Motion prior to filing it on September 5, 2025, to Assistant United States Attorney Michael Felicetta, seeking the Government's position pursuant to Local Rule 3.01. (Electronic Mail Correspondence sent on September 5, 2025, at 4:41 PM is attached hereto and incorporated herein as Defendant's Exhibit "C"). Additionally, undersigned counsel subsequently drafted a Motion to Compel Discovery with good faith legal arguments supported by valid and applicable legal authority, which was attached as an exhibit to Defendant's Motion for Leave to Amend and Refile Motion to Compel Discovery and Inspection, on September 10, 2025. (Doc. 397).

Regardless of any time constraints imposed in any future litigation, undersigned counsel will refrain from using AI to draft any legal pleadings or verify the accuracy or validity of legal authority cited therein.

Undersigned counsel again sincerely apologizes to this Honorable Court, the court personnel and all parties involved including Defendant for any

unnecessary time and resources expended or harm caused by this lapse in judgment.

                                          Respectfully submitted,

By:   */s/ Bryan D. Savy, Esq.*
       Bryan D. Savy, Esq.
       Attorney for Defendant
       Florida Bar No.: 0012442
       997 S. Wickham Rd.
       West Melbourne, FL 32904
       Telephone: (321) 728-4911
       Facsimile: (321) 728-4870
       Email: bsavy@brosslawoffice.com
              melissa@brosslawoffice.com

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel in this case on October 7, 2025.

                                          */s/ Bryan D. Savy, Esq.*
                                          Bryan D. Savy, Esq.